LAW OFFICES OF BILL LATOUR
ALEX PANUTICH [CSBN: 257274]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF

CALIFORNIA

| JOE W. SANCHEZ, | ) | No. 2:22-cv-007826-MAR |
|---|---|---|
| Plaintiff, | ) | **ORDER AWARDING** |
| | ) | **EAJA FEES** |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of THREE THOUSAND FOUR HUNDRED DOLLARS AND 00/100 ($3,400.00), and zero ($0.00) costs, subject to the terms of the stipulation.

DATE: 12/12/2023    _____

HON., MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

-1-